IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MS. DEBRA J. KRIVDA,<br><br>   Plaintiff,<br><br> vs.<br><br>SUNRISE COUNTRY, INC., a Nebraska Corporation; and CHARLISS MARSHALL, an individual;<br><br>   Defendants. | 4:13CV3068<br><br>**MEMORANDUM AND ORDER** |

  The Nebraska Department of Labor (NDOL) objects to the Subpoena Duces Tecum served on August 16, 2013. NDOL claims the requested information is confidential under Neb. Rev. Stat. §§48-612 and 48-612.01 and not subject to disclosure. (Filing No. 22). The parties have not responded to the objection.

  Accordingly,

  IT IS ORDERED that the Nebraska Department of Labor's objection to the Subpoena Duces Tecum it received on August 16, 2013, (Filing No. 22), is sustained.

  September 15, 2013.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge