IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MS. DEBRA J. KRIVDA, | ) | 4:13CV3068 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SUNRISE COUNTRY, INC., a Nebraska Corporation d/b/a Sunrise Country Manor; and CHARLISS MARSHALL, an individual, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

     IT IS ORDERED that Defendants' motion for extension of time (filing 56) is granted, and that the parties shall have an additional 30 days, until February 18, 2014, to file a joint stipulation for dismissal.

     DATED this 22nd day of January, 2014.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          Senior United States District Judge